McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Pamela L. McGaha
Nevada Bar No. 8181
  *pamela.mcgaha@mccormickbarstow.com*
Chelsea M. Bravin
Nevada Bar No. 16503
  *chelsea.bravin@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for AMERICAN FAMILY MUTUAL
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GURNER and MICHELLE GURNER, husband and wife; CLAIRE GURNER; and CAMERON GURNER,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin company,<br><br>Defendant. | Case No. 3:24-cv-00158-MMD-CSD<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEYS** |

PLEASE TAKE NOTICE that **effective immediately**, the responsible attorneys on this file for Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY are **Jonathan W. Carlson, Pamela L. McGaha and Chelsea M. Bravin**.  Please address all correspondence, pleadings, and discovery to the attention of **Jonathan W. Carlson, Pamela L. McGaha and Chelsea M. Bravin**, at McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, 8337 West Sunset Road, Suite 350, Las Vegas, Nevada 89113.

PLEASE TAKE FURTHER NOTICE that effective immediately Sean Cortney representing

1  Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY, is no longer counsel of
2  record for any party in this litigation. As such, Sean Cortney should be removed from the service
3  list for this case.

4  March 19, 2025

        McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH LLP

        By     /s/Jonathan W. Carlson
            Jonathan W. Carlson
            Nevada Bar No. 10536
            Pamela L. McGaha
            Nevada Bar No. 8181
            Chelsea M. Bravin
            Nevada Bar No. 16503
            8337 West Sunset Road, Suite 350
            Las Vegas, Nevada 89113
            Tel. (702) 949-1100

        Attorneys for AMERICAN FAMILY MUTUAL
        INSURANCE COMPANY

**IT IS SO ORDERED**
**DATED:** March 20, 2025

_____
Craig S. Denney
United States Magistrate Judge