| | |
|---|---|
| 1 | Michael N. Poli (State Bar No. 005461) |
| 2 | mpoli@pmzlaw.com <br> POLI, MOON & ZANE, PLLC |
| 3 | 403 Hill Street <br> Reno, Nevada 89501 |
| 4 | Telephone:  (602) 857-8180 <br> Facsimile:   (602) 857-7333 |
| 5 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN GURNER and MICHELLE GURNER, husband and wife; CLAIRE GURNER; and CAMERON GURNER, | | Case No. 3:24-cv-00158-MMD-CSD |
| Plaintiffs, | | **STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFFS TO REPLY IN SUPPORT OF THEIR MOTION TO AMEND** |
| vs. | | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin company, | | |
| Defendant. | | |

Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, Plaintiffs John Gurner, Michelle Gurner, Claire Gurner, and Cameron Gurner (collectively, the "Plaintiffs"), by and through their counsel of record, and Defendant American Family Mutual Insurance Company ("Defendant") (collectively with Plaintiffs, the "Parties"), by and through its counsel of record, stipulate and agree to extend the deadline for Plaintiffs to reply in support of their Motion to Amend Complaint ("Plaintiffs' Motion"), which was filed on April 7, 2025 as follows:

1. Plaintiffs' Motion was filed on April 7, 2025.

2. Defendant's Response was filed on April 21, 2025.

3. The current deadline for Plaintiffs to file a reply in support of their Motion is April 28, 2025.

4. Plaintiffs' counsel had multiple depositions in other cases that were previously scheduled during the week of April 21, 2015, and were not able to prepare Plaintiffs' reply by the current deadline.

1     5.    The Parties have agreed to provide Plaintiffs with an extension until May 2, 2025 to file their Reply.

    5.    This is the Parties' first request for an extension for Plaintiffs' Reply in Support of Plaintiffs' Motion to Amend.

This extension is made in good faith in light of the present circumstances and the issues presented in Plaintiffs' Motion to Amend.

RESPECTFULLY SUBMITTED this 28th day of April 2025.

POLI, MOON & ZANE, PLLC

By /s/ Michael N. Poli
Michael N. Poli
403 Hill Street
Reno, Nevada 89501
*Attorney for Plaintiffs*

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
By /s/ Jonathan W. Carlson
Jonathan W. Carlson
Pamela L. McGaha
Sean E. Cortney
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorney for Defendant*

IT IS SO ORDERED.

_____
Honorable Craig S. Denney
United States Magistrate Judge

DATED: April 29, 2025