1  Michael N. Poli (State Bar No. 005461)
   mpoli@pmzlaw.com
2  POLI, MOON & ZANE, PLLC
   403 Hill Street
3  Reno, Nevada 89501
   Telephone: (602) 857-8180
4  Facsimile:  (602) 857-7333

5  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JOHN GURNER and MICHELLE GURNER, husband and wife; CLAIRE GURNER; and CAMERON GURNER,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin company,<br><br>Defendant. | Case No. 3:24-cv-00158-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |
|---|---|

Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, Plaintiffs John Gurner, Michelle Gurner, Claire Gurner, and Cameron Gurner (collectively, the "Plaintiffs"), by and through their counsel of record, and Defendant American Family Mutual Insurance Company (the "Defendant") (collectively with Plaintiffs, the "Parties"), by and through its counsel of record, stipulate and agree to extend the deadline for Plaintiffs to responds to Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint ("Defendant's Motion"), which was filed on June 6, 2025 as follows:

2. Defendant's Motion was filed on June 6, 2025.

3. The current deadline for Plaintiffs to file a response to Defendant's Motion is June 26, 2025.

4. Plaintiffs' counsel is currently preparing for a trial that begins on July 7, 2025. This trial is in the United States Court District of Colorado, case number 1:22-

cv-01012-CNS-JPO, with the case name *JME Investments, LLC, et al. v. Westfield Insurance Company*.

5. The Parties have agreed to provide Plaintiffs with an extension until July 7, 2025, to file their Response.

6. The Parties have further agreed to provide Defendant with an extension until July 16, 2025, to file its Reply.

5. This is the Parties' first request for an extension for Plaintiffs' Response to Defendant's Motion to Dismiss.

This extension is made in good faith in light of the present circumstances and the issues presented in Defendant's Motion to Dismiss.

RESPECTFULLY SUBMITTED this 23rd day of June 2025.

POLI, MOON & ZANE, PLLC

By /s/ Michael N. Poli
Michael N. Poli
403 Hill Street
Reno, Nevada 89501
*Attorney for Plaintiffs*

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By /s/ Jonathan W. Carlson
Jonathan W. Carlson
Pamela L. McGaha
Sean E. Cortney
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorney for Defendant*

IT IS SO ORDERED.

_____
Honorable Miranda M. Du
United States Magistrate Judge

DATED: June 24, 2025

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June 2025, I electronically transmitted the foregoing **STIPULATION TO EXTEND THE DEADLINE FOR PLAINITFFS TO RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** to the Clerk of the Court for the United States District Court, District of Nevada, using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant and counsel of record:

Jonathan W. Carlson
Pamela L. McGaha
Sean E. Cortney
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113

*Attorneys for Defendant American Family Insurance Company*

/s/ Emily Piontkowski
Emily Piontkowski
Paralegal to Michael N. Poli