| | |
|---|---|
| 1 | Michael N. Poli (State Bar No. 005461) |
| | mpoli@pmzlaw.com |
| 2 | POLI, MOON & ZANE, PLLC |
| | 403 Hill Street |
| 3 | Reno, Nevada 89501 |
| | Telephone: (602) 857-8180 |
| 4 | Facsimile: (602) 857-7333 |
| 5 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GURNER and MICHELLE GURNER, husband and wife; CLAIRE GURNER; and CAMERON GURNER, | Case No. 3:24-cv-00158-LRH-CSD |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT (ECF No. 61)** |
| vs. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin company, | **(Second Extension)** |
| Defendant. | |

Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, Plaintiffs John Gurner, Michelle Gurner, Claire Gurner, and Cameron Gurner (collectively, the "Plaintiffs"), by and through their counsel of record, and Defendant American Family Mutual Insurance Company (the "Defendant") (collectively with Plaintiffs, the "Parties"), by and through its counsel of record, stipulate and agree to extend the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint, filed June 6, 2025 (ECF No. 61, "Defendant's Motion"), as follows:

1. Defendant's Motion was filed on June 6, 2025.

2. Pursuant to a prior stipulation, the current deadline for Plaintiffs to file a response to Defendant's Motion is July 7, 2025 (ECF No. 65).

3. In the time period following the filing of Defendant's Motion, Plaintiffs' counsel was preparing for a trial that was scheduled to begin on July 7, 2025, in the United States District Court, District of Colorado, case number 1:22-

cv-01012-CNS-JPO, entitled *JME Investments, LLC, et al. v. Westfield Insurance Company*.[1]

4. Separately, one of Plaintiffs' counsel, attorney Lawrence Moon, was out of the country on vacation during the period June 14 through 27, 2025, and was not able to participate in the preparation of the response to Defendant's Motion until his return on June 30, 2025.

5. The Parties have agreed to provide Plaintiffs with an additional extension to July 14, 2025, in which to file their Response.

6. The Parties have also agreed to move the deadline for Defendant to file a reply in support of its Motion to July 23, 2025.

5. This is the Parties' second request for an extension for Plaintiffs' Response to Defendant's Motion to Dismiss.

This extension is made in good faith in light of the present circumstances and the issues presented in Defendant's Motion to Dismiss.

RESPECTFULLY SUBMITTED this 3rd day of July 2025.

POLI, MOON & ZANE, PLLC

By /s/ Michael N. Poli
Michael N. Poli
403 Hill Street
Reno, Nevada 89501
*Attorney for Plaintiffs*

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By /s/ Jonathan W. Carlson
Jonathan W. Carlson
Pamela L. McGaha
Sean E. Cortney
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorney for Defendant*

---

[1] The *JME* case settled on or about June 23, 2025.

2

IT IS SO ORDERED.

_____
Honorable Miranda M. Du
United States Magistrate Judge


DATED:   July 7, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July 2025, I electronically transmitted the foregoing **STIPULATION TO EXTEND THE DEADLINE FOR PLAINITFFS TO RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT (Second Extension)** to the Clerk of the Court for the United States District Court, District of Nevada, using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant and counsel of record:

Jonathan W. Carlson
Pamela L. McGaha
Sean E. Cortney
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113

*Attorneys for Defendant American Family Insurance Company*

/s/ Emily Piontkowski
Emily Piontkowski
Paralegal to Michael N. Poli