# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GURNER and MICHELLE GURNER, husband and wife, CLAIRE GURNER and CAMERON GURNER,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin company,<br><br>Defendant. | Case No.: 3:24-cv-00158-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 76 |

Before the court is Plaintiffs' Motion Regarding Discovery Dispute. (ECF No. 76.)

Pursuant to the Court's Civil Standing Order (ECF No. 4), Defendant shall file a response on or before close of business on **Tuesday, October 7, 2025.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

Dated: October 6, 2025.

_____
Craig S. Denney
United States Magistrate Judge