1  Michael N. Poli (State Bar No. 005461)
   mpoli@pmzlaw.com
2  POLI, MOON & ZANE, PLLC
   403 Hill Street
3  Reno, Nevada 89501
   Telephone:  (602) 857-8180
4  Facsimile:   (602) 857-7333

5  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JOHN GURNER and MICHELLE GURNER, husband and wife; CLAIRE GURNER; and CAMERON GURNER,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin company,<br><br>Defendant. | Case No. 3:24-cv-00158-MMD-CSD<br><br>**ORDER GRANTING JOINT MOTION CONCERNING EXTENSIONS OF DEADLINES REGARDING RESPONSE AND REPLY TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 81) (First Request)** |
|---|---|

Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, Plaintiffs John Gurner, Michelle Gurner, Claire Gurner, and Cameron Gurner (collectively, the "Plaintiffs"), by and through their counsel of record, and Defendant American Family Mutual Insurance Company ("Defendant") (collectively with Plaintiffs, the "Parties"), by and through its counsel of record, stipulate and jointly move the Court for an order extending the deadlines for Plaintiffs' response to, and Defendant's reply in support of, Defendant's Motion for Partial Summary Judgment, filed on June 6, 2025 (ECF No. 81, "Defendant's Motion"), as follows:

1. The current deadline for Plaintiffs to file a response to Defendant's Motion is November 17, 2025.

2. Plaintiffs' lead counsel is currently in an arbitration hearing in Houston, Texas, that began on November 10, 2025, and is scheduled to conclude on November 14, 2025. The arbitration hearing is being conducted through the American Arbitration Association, AAA case number 02-22-0003-5040, with

the case name *Key Allegro Condominiums Association Council of Co-Owners, Inc. v. Roadrunner Restoration Company, LLC.*

3. The Parties have agreed that Plaintiffs shall have through and including December 1, 2025, in which to file their Response to Defendant's Motion.

4. The Parties have further agreed that Defendant shall have through and including December 15, 2025, in which to file a Reply in support of the Motion.

5. This is the Parties' first request for an extension of the deadlines regarding the Response and Reply regarding Defendant's Motion for Partial Summary Judgment.

This extension is made in good faith in light of the present circumstances and the issues presented in Defendant's Motion for Partial Summary Judgment.

RESPECTFULLY SUBMITTED this 12th day of November 2025.

POLI, MOON & ZANE, PLLC

By /s/ Michael N. Poli
Michael N. Poli
403 Hill Street
Reno, Nevada 89501
*Attorney for Plaintiffs*

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By /s/ Jonathan W. Carlson
Jonathan W. Carlson
Pamela L. McGaha
Sean E. Cortney
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorney for Defendant*

IT IS SO ORDERED.

_____
Honorable Miranda M. Du
United States Magistrate Judge

DATED: November 14, 2025

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November 2025, I electronically transmitted the foregoing **JOINT MOTION CONCERNING BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** to the Clerk of the Court for the United States District Court, District of Nevada, using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant and counsel of record:

Jonathan W. Carlson
Pamela L. McGaha
Chelsea Bravin
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113

*Attorneys for Defendant American Family Insurance Company*

/s/ Emily Piontkowski
Emily Piontkowski
Paralegal to Michael N. Poli