1  Michael N. Poli (State Bar No. 005461)
   mpoli@pmzlaw.com
2  POLI, MOON & ZANE, PLLC
   403 Hill Street
3  Reno, Nevada 89501
   Telephone:  (602) 857-8180
4  Facsimile:   (602) 857-7333

5  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JOHN GURNER and MICHELLE GURNER, husband and wife; CLAIRE GURNER; and CAMERON GURNER,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin company,<br><br>Defendant. | Case No. 3:24-cv-00158-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFFS TO REPLY IN SUPPORT OF THEIR CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT** |
|---|---|

Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, Plaintiffs John Gurner, Michelle Gurner, Claire Gurner, and Cameron Gurner (collectively, the "Plaintiffs"), by and through their counsel of record, and Defendant American Family Mutual Insurance Company (the "Defendant") (collectively with Plaintiffs, the "Parties"), by and through its counsel of record, stipulate and agree to extend the deadline for Plaintiffs to reply in support of their Cross-Motion for Partial Summary Judgment ("Plaintiffs' Cross-Motion"), which was filed on December 1, 2025 as follows:

1. Plaintiffs' Cross-Motion was filed on December 1, 2025.
2. Defendant filed its response on December 22, 2025.
3. Defendant filed a motion to strike Plaintiffs' Cross Motion on December 22, 2025.
4. The current deadline for Plaintiffs to file a reply in support to their Cross-Motion is January 5, 2026.

1. 5. Plaintiffs' counsel's office has and will be closed during the holidays.
2. 6. The Parties have agreed to provide Plaintiffs with an extension until January 12, 2026, to file their Reply.
3. 7. This is the Parties' first request for an extension for Plaintiffs' Reply in Support of Plaintiffs' Cross-Motion for Partial Summary Judgment.

This extension is made in good faith in light of the present circumstances and the issues presented in Plaintiffs' Cross-Motion for Partial Summary Judgment.

RESPECTFULLY SUBMITTED this 30th day of December 2025.

POLI, MOON & ZANE, PLLC

By /s/ Michael N. Poli
Michael N. Poli
403 Hill Street
Reno, Nevada 89501
*Attorney for Plaintiffs*

MCCORMICK BARSTOW LLP

By /s/ Jonathan W. Carlson
Jonathan W. Carlson
Pamela L. McGaha
Chelsea M. Bravin
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
*Attorney for Defendant*

IT IS SO ORDERED.

_____
Honorable Miranda M. Du
United States Magistrate Judge

DATED: December 31, 2025

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of December 2025, I electronically transmitted the foregoing **STIPULATION TO EXTEND THE DEADLINE FOR PLAINITFFS TO REPLY IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT** to the Clerk of the Court for the United States District Court, District of Nevada, using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant and counsel of record:

Jonathan W. Carlson
Pamela L. McGaha
Chelsea M. Bravin
MCCORMICK, BARSTOW LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113

*Attorneys for Defendant American Family Insurance Company*

/s/ Emily Piontkowski
Emily Piontkowski
Paralegal to Michael N. Poli