Zelle LLP
George E. Reede, Jr.
Admitted Pro Hac Vice
  *greede@zellelaw.com*
Jessica E. Port
Admitted Pro Hac Vice
  *jport@zellelaw.com*
1775 Pennsylvania Avenue NW, Suite 375
Washington, District of Columbia 20006
Telephone:    202-899-4112

Zelle LLP
Dennis Anderson
Admitted Pro Hac Vice
  *danderson@zellelaw.com*
500 Washington Avenue South, Suite 4000
Minneapolis, Minnesota 55415
Telephone:    612-336-9179

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Pamela L. McGaha
Nevada Bar No. 8181
  *pamela.mcgaha@mccormickbarstow.com*
Chelsea M. Bravin
Nevada Bar No. 16503
  *chelsea.bravin@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100

Attorneys for AMERICAN FAMILY MUTUAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GURNER and MICHELLE GURNER, husband and wife; CLAIRE GURNER; and CAMERON GURNER, | CASE NO.        3:24-cv-158-MMD-CSD |
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin company, | |
| Defendant. | |

Case No. 3:24-cv-158-MMD-CSD

STIPULATION AND ORDER REGARDING DISMISSAL WITH PREJUDICE

Re: <u>Gurner, et al. v. American Family Mutual Insurance Company</u>
Case No.: 3:24-cv-00158-MMD-CSD

IT IS HEREBY STIPULATED by Plaintiffs JOHN GURNER, MICHELLE GURNER, CLAIRE GURNER, and CAMERON GURNER, by and through their attorneys of record of the law firm POLI, MOON & ZANE, PLLC, and Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY, by and through its attorneys of record of the law firms McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP and ZELLE, LLP, that the above-entitled matter be dismissed with prejudice and the parties to bear their own costs and attorney's fees.

**IT IS SO STIPULATED.**

DATED this 26th day of March, 2026

POLI, MOON & ZANE, PLLC

By _____/s/ Yuzhuo Li_____
Michael N. Poli, Esq. Nevada Bar No. 5461
Lawrence R. Moon, Esq. (Pro Hac Vice)
Yuzhuo Li, Esq. (Pro Hac Vice)
403 Hill Street
Reno, Nevada 89501
Telephone:  (602) 857-8180
Attorneys for Plaintiffs

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Re: <u>Gurner, et al. v. American Family Mutual Insurance Company</u>
Case No.: 3:24-cv-00158-MMD-CSD

DATED this 26th day of March, 2026

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By        /s/ Jonathan W. Carlson
          Jonathan W. Carlson, Nevada Bar No. 10536
          Pamela L. McGaha, Nevada Bar No. 8181
          Chelsea M. Bravin, Nevada Bar No. 16503
          7160 Rafael Rivera Way, Suite 320
          Las Vegas, Nevada 89113
          Tel. (702) 949-1100

          ZELLE, LLP
          George E. Reede, Jr. (pro hac vice)
          Jessica E. Port (pro hac vice)
          1775 Pennsylvania Ave, NW, Suite 375
          Washington, DC, 20006
          (202) 899-1400

          ZELLE, LLP
          Dennis Anderson (pro hac vice)
          500 Washington Avenue South, Ste. 4000
          Minneapolis MN 55415
          (612) 336-9179

          Attorneys for AMERICAN FAMILY MUTUAL INSURANCE COMPANY

**IT IS SO ORDERED.**

DATED this <u>26th</u> day of March, 2026

_____
UNITED STATES DISTRICT COURT JUDGE

16031594.1